UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23333-PCH

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 104.12.65.64 an individual,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 104.12.65.64, are voluntarily dismissed with prejudice.

Dated: December 22, 2022
                                          Respectfully submitted,

                                          SMGQ LAW

                                          /s/ *Rachel E. Walker*
                                          RACHEL E. WALKER (FL Bar No. 111802)
                                          1200 Brickell Ave, Suite 950
                                          Miami, FL 33131
                                          Telephone: 305-377-1000
                                          Fax: 855-327-0391
                                          Primary Email: rwalker@smgqlaw.com

                                          MAMONE VILLALON

                                          By:  */s/ Tyler A. Mamone*

Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379

*Attorneys for Plaintiff*