UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-223333-PCH

**STRIKE 3 HOLDINGS, LLC**, a limited liability company,

    Plaintiff,

v.

**JOHN DOE** subscriber assigned IP address 104.12.65.64 an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 7], pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i), filed on December 22, 2022. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on December 23, 2022.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record